Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW**
1801 Century Park East
Suite 1100
Los Angeles, CA  90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
STOCKFOOD AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| STOCKFOOD AMERICA, INC., | Case No.: 2:20-cv-02268 |
|---|---|
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| YARDI SYSTEMS INC. dba PARKVIEW TERRACE and JONES & JONES MANAGEMENT GROUP, INC. dba PARKVIEW TERRACE, | **Demand for Jury Trial** |
| Defendants. | |

### COMPLAINT FOR COPYRIGHT INFRINGEMENT
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff STOCKFOOD AMERICA, INC. by and through its undersigned counsel, brings this Complaint against Defendants YARDI SYSTEMS INC. dba

1

PARKVIEW TERRACE and JONES & JONES MANAGEMENT GROUP, INC. dba PARKVIEW TERRACE for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff STOCKFOOD AMERICA, INC. ("Stockfood") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Stockfood's original copyrighted Work of authorship.

2. Our client is the world's leading food image agency. Stockfood has a unique collection of food images, videos, features and recipes on the worldwide subject of food and drink. Stockfood was founded in Munich, Germany by photographer Pete A. Eising. In 1996, Stockfood founded a sales office in Kennebunk, Maine, and in 2007, in London, England. Stockfood specialized in the art of food from the very beginning. In addition to a renowned food photography studio, Studio Eising, the company initially offered exclusively rights-managed images. In 2002 the offering was expanded to include royalty-free images, and in 2008 videos were added, together with an in-house production studio.

3. In 2011, features – complete articles including images and text – became available too. Today, an in-house editorial team can supply appropriate text of all images, videos, feature articles and recipes. Stockfood content and productions can be

found in high-quality print publications, mobile apps, advertisements, books and calendars worldwide.

4. Defendant YARDI SYSTEMS INC. DBA PARKVIEW TERRACE ("YSI") is a property management company in California.

5. Defendant Jones & Jones Management Group, Inc. dba Parkview Terrace ("J&J") is a property management company in California.

6. Defendants YSI and J&J are collectively referred to herein as "Defendants."

7. Stockfood alleges that Defendants copied Stockfood's copyrighted Work from the internet in order to advertise, market and promote its business activities. Defendants committed the violations alleged in connection with Defendants' businesses for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' businesses.

**JURISDICTION AND VENUE**

8. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

9. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

10. Defendants are subject to personal jurisdiction in California.

11. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district,

1 Defendants engaged in infringement in this district, Defendants reside in this district,

2 and Defendants are subject to personal jurisdiction in this district.

### DEFENDANTS

12. Yardi Systems Inc. dba Parkview Terrace is a California Corporation, with its principal place of business at 430 South Fairview Avenue, Santa Barbara, California, 93117, and can be served by serving its Registered Agent, CSC - Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, California, 95833.

13. Jones & Jones Management Group, Inc. dba Parkview Terrace is a California Corporation, with its principal place of business at 4928 West Martin Luther King Jr. Boulevard, Los Angeles, California, 90016, and can be served by serving its Registered Agent, Margaret A. Jones, at the same address.

### THE COPYRIGHTED WORK AT ISSUE

14. In 2012, created the photograph entitled 11078521, which is shown below and referred to herein as the "Work.

//
//
//
//
//



15. Stockfood registered the Work with the Register of Copyrights on June 10, 2013 and was assigned the registration number VA 1-434-122. The Certificate of Registration is attached hereto as Exhibit 1.

16. Stockfood's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

17. At all relevant times Stockfood was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

18. Defendants have never been licensed to use the Work at issue in this action for any purpose.

19. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

20. Defendants copied Stockfood's copyrighted Work without Stockfood's permission.

21. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their property management businesses.

22. Defendants copied and distributed Stockfood's Copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

23. Stockfood's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

24. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

25. Stockfood never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

26. Plaintiff incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. Stockfood owns a valid copyright in the Work at issue in this case.

28. Stockfood registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29. Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Stockfood's authorization in violation of 17 U.S.C. § 501.

30. Defendants performed the acts alleged in the course and scope of its business activities.

31. Defendants' acts were willful.

32. Stockfood has been damaged.

33. The harm caused to Stockfood has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendants Yardi Systems Inc. dba Parkview Terrace and Jones & Jones Management Group, Inc. dba Parkview Terrace that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendants be required to pay Plaintiff its actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: March 9, 2020  Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW**
Attorneys for Plaintiff Stockfood America, Inc.